# EXHIBIT "3"

 Alabama Secretary of State 

| Onin Staffing, LLC ||
|---|---|
| Entity ID Number | 655 - 114 |
| Entity Type | Domestic Limited Liability Company |
| Principal Address | 1643 CENTER POINT PKWY<br>BIRMINGHAM, AL 35215 |
| Principal Mailing Address | 1643 CENTER POINT PKWY<br>BIRMINGHAM, AL 35215 |
| Status | Exists |
| Place of Formation | Jefferson County |
| Formation Date | 11/07/1996 |
| Registered Agent Name | PHILLIPS, KEITH |
| Registered Office Street Address | 3800 COLONNADE PKWY, SUITE 300<br>BIRMINGHAM, AL 35243 |
| Registered Office Mailing Address | 3800 COLONNADE PKWY, SUITE 300<br>BIRMINGHAM, AL 35243 |
| Nature of Business | PROVIDE WORKERS TO OTHER BUSINESSES |
| Members ||
| Member Name | SATTERFIELD, DAVID |
| Member Street Address | Not Provided |
| Member Mailing Address | Not Provided |
| Member Name | PHILLIPS, KEITH |
| Member Street Address | Not Provided |
| Member Mailing Address | Not Provided |
| Member Name | THOMAS, HUGH R |
| Member Street Address | Not Provided |
| Member Mailing Address | Not Provided |
| Transactions ||
| Transaction Date | 12/10/1996 |
| Miscellaneous Filing Entry | REPORT FILED |
| Transaction Date | 03/10/1997 |
| Legal Name Changed From | A-1 Temporary Services, L.L.C. |
| Transaction Date | 12/30/2008 |
| Legal Name Changed From | A-1 Temporary Services of Birmingham, L.L.C. |
| Transaction Date | 12/30/2008 |
| Legal Name Merged | ONSTAFF SOLUTIONS LLC (DE) Non-Qualified Foreign Into Domestic |
| Transaction Date | 12/30/2008 |

| | |
|---|---|
| Onin Staffing, LLC ||
| Miscellaneous Filing Entry | MRGR FILED THIS DATE EFFECTIVE JANUARY 1, 2009 @ 12:01 AM CST |
| Transaction Date | 07/30/2014 |
| Agent Mailing Address Changed From | * Added |
| Transaction Date | 07/30/2014 |
| Registered Agent Changed From | THOMAS, HUGH R<br>1643 CENTER POINT PKWY<br>BIRMINGHAM, AL 35215 |
| Transaction Date | 08/20/2014 |
| Incorporator/Member/Partner Activity | BURKHART, RANDY |
| Transaction Date | 08/20/2014 |
| Incorporator/Member/Partner Activity | SANGAR LTD |
| Transaction Date | 01/28/2021 |
| Agent Mailing Address Changed From | THOMAS, HUGH R<br>1 PERIMETER PARK SOUTH STE 450N<br>BIRMINGHAM, AL 35243 |
| Transaction Date | 01/28/2021 |
| Registered Agent Changed From | THOMAS, HUGH R<br>1 PERIMETER PARK SOUTH STE 450N<br>BIRMINGHAM, AL 35243 |
| Scanned Documents ||
| Purchase Document Copies ||
| Document Date / Type / Pages | 11/07/1996    Certificate of Formation    5 pgs. |
| Document Date / Type / Pages | 12/10/1996    Miscellaneous Entry    1 pg. |
| Document Date / Type / Pages | 03/10/1997    Legal Name Change    3 pgs. |
| Document Date / Type / Pages | 12/30/2008    Merger    2 pgs. |
| Document Date / Type / Pages | 07/30/2014    Registered Agent Change    2 pgs. |
| Document Date / Type / Pages | 08/26/2014    Articles of Amendment    3 pgs. |
| Document Date / Type / Pages | 01/28/2021    Registered Agent Change    2 pgs. |

Browse Results    New Search