# EXHIBIT "4"

 Alabama Secretary of State 

| Philadelphia Indemnity Insurance Company ||
|---|---|
| Entity ID Number | 896 - 167 |
| Entity Type | Foreign Insurance Corporation |
| Principal Address | 308 EAST LANCASTER AVENUE<br>WYNNEWOOD, PA 19096-1993 |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Pennsylvania |
| Formation Date | |
| Qualify Date | 12/31/1990 |
| Registered Agent Name | Click here to perform a Department of Insurance Agent Search |
| Registered Office Street Address | Not Provided |
| Registered Office Mailing Address | Not Provided |
| Nature of Business | FOR CORPORATE DETAILS CONTACT THE INSURANCE DEPT. (334) 269-3550 |
| Capital Authorized | |
| Capital Paid In | |
| Annual Reports ||
| Annual Report information is filed and maintained by the Alabama Department of Revenue.<br>If you have questions about any of these filings, please contact Revenue's Business Privilege Tax Division at 334-242-1170 or www.revenue.alabama.gov. The Secretary of State's Office cannot answer questions about or make changes to these reports. ||
| Report Year | 1991 1992 1993 1994 1995 1996 1997 1998 1999 2000 2001<br>2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012<br>2013 2014 2015 2016 2017 2018 2019 |

Browse Results      New Search