FILED
2023 Apr-28  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ONIN STAFFING, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.:** |
| | ) | **2:22-cv-00071-AMM** |
| v. | ) | |
| | ) | |
| **PHILADELPHIA INDEMNITY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Onin Staffing, LLC ("Onin Staffing" or "Onin") and Defendant Philadelphia Indemnity Insurance Company ("Philadelphia"), by and through their respective counsel, hereby jointly stipulate to and request that this Court dismiss this action with prejudice, including all claims and counterclaims, with costs taxed as paid.

Respectfully submitted this the 28th day of April, 2023.

        *s/ Spencer M. Taylor*
        One of the Attorneys for Plaintiff Onin Staffing, LLC

**OF COUNSEL:**

Spencer M. Taylor (TAY046)
Barze Taylor Noles Lowther LLC
2204 Lakeshore Drive, Suite 425
Birmingham, Alabama 35209
205-872-1032
staylor@btnllaw.com

*s/ Scott M. Salter*
One of the Attorneys for Defendant Philadelphia Indemnity Insurance Company

Mr. Scott M. Salter
Ms. Amber M. Whillock
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
(205) 868-6007
Birmingham, Alabama 35209
ssalter@starneslaw.com
awhillock@starneslaw.com