FILED
2023 May-01  AM 07:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ONIN STAFFING, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No: 2:22cv71 AMM** |
| ) | |
| **PHILADELPHIA INDEMNITY** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL

This matter comes before the court upon the Joint Stipulation of Dismissal. Doc. 19.  Upon consideration thereof, and at the request of the parties, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED**, in its entirety, **WITH PREJUDICE**, including all claims and counterclaims, with costs taxed as paid.

**DONE** and **ORDERED** this 1st day of May, 2023.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE